# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 13-cr-00171-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. IAN PHILIP STAUBER,

    Defendant.

## ORDER

Pursuant to and in accordance with the revocation of supervised release hearing held before the Honorable Robert E. Blackburn, United States District Judge, on May 14, 2014,

**IT IS ORDERED** that Defendant Ian Philip Stauber is sentenced to **time served**.

Dated: May 14, 2014

                              BY THE COURT:

                              s/ Robert E. Blackburn
                              ROBERT E. BLACKBURN,
                              UNITED STATES DISTRICT JUDGE